UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GERMAN SPORT GUNS GMBH

VERSUS

HECKLER & KOCH GMBH, ET AL

CIVIL ACTION

NUMBER 14-736-JWD-SCR

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated February 27, 2015, to which no objection was filed.

**IT IS ORDERED** that the Motion to Remand filed by plaintiff German Sport Guns GmbH is granted.

**IT IS FURTHER ORDERED** that the plaintiffs' request for an award of expenses under 28 U.S.C. § 1447(c) is denied.

Signed in Baton Rouge, Louisiana, on March 18, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**